RECEIVED
IN MONROE, LA
JUL 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TRACY M. MARION | CIVIL ACTION NO. 06-0674 |
| VS. | SECTION P |
| JOHNNY SUMLIN, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Ground Two and Ground Three of the petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as procedurally defaulted;

**IT IS FURTHER ORDERED** that Ground One of the petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 20 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE